# United States District Court
# For The Western District of North Carolina
# Statesville Division

RONALD CARVER,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                 5:06-CV-97

COMMISSIONER OF SOCIAL SECURITY,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 19, 2007 Order.

                                                        Signed: June 19, 2007

                                                        Frank G. Johns, Clerk
                                                        United States District Court